**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6369**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

ANDRE SHAWN GREEN, a/k/a Andre Greene, a/k/a Dre,

            Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.   Margaret B. Seymour, Senior
District Judge.   (5:08-cr-00944-MBS-10)

Submitted:  June 18, 2015           Decided:  June 23, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Shawn Green, Appellant Pro Se.  Stanley D. Ragsdale, John
David Rowell, Assistant United States Attorneys, Columbia, South
Carolina for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Shawn Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Green, No. 5:08-cr-00944-MBS-10 (D.S.C. Mar. 5, 2015); see also United States v. Black, 737 F.3d 280, 286 (4th Cir. 2013) (defendant originally sentenced to statutory mandatory minimum sentence not eligible for relief under § 3582(c)(2) because the Guidelines range has not been lowered), cert. denied, 134 S. Ct. 1902 (2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED